UNITED STATES of America,
Plaintiff-Appellee,

v.

Ronald Preston HULL, Appellant.

UNITED STATES of America,
Plaintiff-Appellee,

v.

Marvin Ray MUNDS, Appellant.

Nos. 26519, 26520.

United States Court of Appeals,
Ninth Circuit.

May 10, 1971.

Rehearing Denied July 1, 1971.

George W. Hunt (appeared), of Humphreys & Hunt, San Diego, Cal., for appellant Hull.

Wesley C. Blake (argued), San Diego, Cal., for appellant Munds.

Brian E. Michaels (argued), Asst. U. S. Atty., Harry Steward, U. S. Atty., Robert H. Filsinger, Chief, Crim. Div., San Diego, Cal., for appellee.

Before CHAMBERS and TRASK, Circuit Judges; and REAL,* District Judge.

PER CURIAM:

The judgments of conviction are affirmed. We find no error.

United States v. Markham, 9 Cir., 440 F.2d 1119, decided April 12, 1971, answers the principal contention made here.

The mandate will issue now.

---

* The Honorable Manuel L. Real, United States District Judge, Central District of California, sitting by designation.

UNITED STATES of America,
Appellee,

v.

Mark Albert ROY, Appellant.

No. 25412.

United States Court of Appeals,
Ninth Circuit.

May 13, 1971.

Rehearing Denied June 15, 1971.

J. B. Tietz, Los Angeles, Cal., for appellant.

Robert L. Meyer, U. S. Atty., David R. Nissen, Chief, Criminal Division, Darrell W. MacIntyre, Asst. U. S. Atty., Los Angeles, Cal., for appellee.

Before KILKENNY and TRASK, Circuit Judges, and PLUMMER, District Judge.*

PER CURIAM:

Appellant was convicted for refusing to submit to induction into the Armed Forces in violation of 50 U.S.C. App. § 462. At the time of argument, his attorney agreed that our disposition of this case would be controlled by the decision of the Supreme Court in Ehlert v. United States, 402 U.S. 99, 91 S.Ct. 1319, 28 L.Ed.2d 625, decided April 21, 1971. The issue in *Ehlert* was decided adversely to appellant's contentions. Consequently, the judgment of the lower court must be affirmed.

It is so ordered.

---

* The Honorable Raymond E. Plummer, Chief Judge, United States District Court for the District of Alaska, sitting by designation.